Scully *v.* Scully, Appellant.

Before GUFFEY, J.

Argued November 13, 1974. *Dianne M. Faber,* for appellant; *Raymond W. Cromer,* with him *Gilbert S. Merritt, Jr.,* for appellee.

Order affirmed.


Walters *v.* Pennsylvania Electric Company, Appellant.

Before WOLFE, P. J.

Argued November 12, 1974. *Murray R. Garber,* for appellant; *John E. Eberly,* with him *Harper, Clinger & Eberly,* for appellee.

Judgment affirmed.